# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN HOUCK, ) | CASE NO. 1:22-cv-01315-TWP-MPB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CENTRAL INDIANA SOARING, INC.; ) | |
| A.K.A. SOAR INDY, ) | |
| ) | |
| Defendant, ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now Plaintiff, by counsel, and Defendant, by counsel, and hereby stipulate that the above-entitled cause of action should be dismissed, with prejudice, costs paid.

| | |
|---|---|
| */s/ Ryan R. Frasher (w/permission)* | */s/ Alexander P. Will* |
| Ryan R. Frasher | Alexander P. Will |
| The Frasher Law Firm, P.C. | FROST BROWN TODD LLP |
| 3209 W. Smith Valley Road, Suite 102-5 | 111 Monument Circle, Suite 4500 |
| Greenwood, IN 46142 | Indianapolis, IN 46244-0961 |
| rfrasher@frasherlaw.com | awill@fbtlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

LR00005.0759177   4882-5414-4591v1