IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN HOUCK, | ) CASE NO. 1:22-cv-01315-TWP-MPB |
| Plaintiff, | ) |
| v. | ) |
| CENTRAL INDIANA SOARING, INC.; A.K.A. SOAR INDY, | ) |
| Defendant, | ) |

**ORDER GRANTING PARTIES' STIPULATION
OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the parties filed a Joint Stipulation of Dismissal with Prejudice. The Court having reviewed said stipulation and being otherwise duly advised finds the stipulation to be proper and that the above captioned case should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this matter is dismissed, with prejudice and with costs paid.

**SO ORDERED**

Date: 2/6/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

*Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.*

LR00005.0759177   4864-1153-4415v1